**Darrell E. MATTHEWS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44790.**

Missouri Court of Appeals,
Western District.

March 17, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 28, 1992.

Application to Transfer Denied
June 2, 1992.

Susan L. Hogan, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and BRECKENRIDGE and SMART, JJ.

ORDER

PER CURIAM:

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief, after an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).